

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant, who is pro se, filed a "Motion for Appeal for the Final Agreement for Divorce . . . Motion to Modify Agreement" and a "Notice of Appeal." In these documents, appellant seems to be requesting the right to appeal and seeking ultimate relief. We find there is no need for appellant to move for the right to appeal because a notice of appeal has already been filed and the appellate process has begun. Accordingly, we **DENY** the "Motion for Appeal" and "Notice of Appeal" as **MOOT**. As to the "Motion to Modify Agreement," the statements in this document seem to be the issues appellant intends to raise on appeal. These issues are more properly raised in an appellate brief that appellant will need to file in this court, in accordance with Rule 38.1 of the Texas Rules of Appellate Procedure, after the appellate record has been filed. We therefore **DENY** the "Motion to Modify Agreement." We advise appellant that even though she is pro se, she is bound by the Texas Rules of Appellate Procedure with regard to any documents filed in this court. This includes the need to serve copies of documents filed in this court on the appellee. We advise appellant to consult the Texas Rules of Appellate Procedure, including, but not limited to, Rules 9.2, 9.4, 9.5, 10.1, and 38.1. *See* Tex. R. App. P. 9.4, 9.5, 10.1, and 38.1.

We **order** the clerk of this court to serve a copy of this order on appellant, appellee, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

Keith E. Hottle
Clerk of Court